# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-04041 |
| ) | |
| **IMS FUND LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

David Jacques, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on May 30, 2024, at 2:59 pm at 80 State Street, Albany, NY 12207, Deponent served the within Cover Sheet, Litigation Hold Letter, Summons, Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: IMS Fund LLC, Defendant therein named, (hereinafter referred to as "subject") by leaving the following documents with John Doe (refused last name) who as Legal representative of CSC at Corporation Service Company is authorized by appointment or by law to receive service of process for IMS Fund LLC.

White Male, est. age 45-54, glasses: N, Unknown hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.6494237,-73.7528
Photograph: See Exhibit 1

Total Cost: $95.00
I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative

reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

Executed in Albany County, NY on 6/5/2024.

*/s/ David Jacques*

Signature
Server Name: David Jacques
License#:

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA

