UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS,**<br>     *Plaintiff,*<br>v.<br><br>**IMS FUND LLC,**<br>     *Defendant.* | Case No. 1:24-cv-4041<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

TO:  Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of Movant in support of this motion and the Certificate of Good Standing issued by the State Bar of Texas annexed thereto, I, Minh-Tam (Tammy) Tran, move this Court pursuant to Rule 1.3(c) of the local Rules of the United States District Courts for the Southern District of New York for an order allowing the admission of movant, Principal of the law firm of Tammy Tran Attorneys at Law, LLP (d/b/a The Tammy Tran Law Firm) and a member in good standing of the State Bar of Texas, as attorney *pro hac vice* to argue and/or try this case in whole or in part as co-counsel for Defendant IMS Fund LLC. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: June 14, 2024               Respectfully submitted,

                                   By:  */s/ Minh-Tam Tran*

                                   Minh-Tam (Tammy) Tran
                                   THE TAMMY TRAN LAW FIRM
                                   Texas Bar No. 20186400
                                   4900 Fournace Place, Suite 418
                                   Bellaire, Texas 77401
                                   Telephone: (713) 372-4403
                                   Email: ttran@tt-lawfirm.com
                                   www.tammytranlaw.net
                                   *CO-COUNSEL FOR DEFENDANT*

2

## **CERTIFICATE OF SERVICE**

      I, Minh-Tam Tran, hereby certify that on this 14th day of June 2024, I caused the foregoing Memorandum of Law in Support of Motion to Dismiss Complaint to be served via the Court's ECF Filing System and through that system, it will be served upon registered counsel by email.

                                                */s/   Minh-Tam Tran*
                                                   Minh-Tam Tran