UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS,**<br>    *Plaintiff,*<br><br>v.<br><br>**IMS FUND LLC,**<br>    *Defendant.* | Case No. 1:24-cv-4041<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, MINH-TAM (TAMMY) TRAN, affiant, being duly sworn, hereby depose and say as follows:

1. I am the Principal of Tammy Tran Attorneys at Law, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number if applicable: Texas Bar No. 20186400.

8. Wherefore, affiant respectfully submits that she be permitted to appear as co-counsel and advocate *pro hac vice* in Case No. 1:24-cv-4041 for Defendant IMS Fund LLC.

Date: 14 June 2024

By: /s/ *[signature]*
**Minh-Tam (Tammy) Tran**
THE TAMMY TRAN LAW FIRM
Texas Bar No. 20186400
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (713) 372-4403
Email: ttran@tt-lawfirm.com
www.tammytranlaw.net
*CO-COUNSEL FOR DEFENDANT*

**SWORN TO AND SUBSCRIBED BEFORE ME**, on this the 14th day of June 2024, to certify which witness my hand and seal of office.



_____
**NOTARY PUBLIC**
**IN AND FOR THE STATE OF TEXAS**

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 13, 2024

Re: Ms. Minh-Tam (Tammy) Tran, State Bar Number 20186400

To Whom It May Concern:

This is to certify that Ms. Minh-Tam (Tammy) Tran was licensed to practice law in Texas on April 08, 1988, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Minh-Tam (Tammy) Tran**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 8th day of April, 1988.

I further certify that the records of this office show that, as of this date

**Minh-Tam (Tammy) Tran**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 13th day of June, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5538C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.