UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA CARDENAS,<br>*Plaintiff,*<br>v.<br>IMS FUND LLC,<br>*Defendant.* | Case No. 1:24-cv-4041<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Minh-Tam (Tammy) Tran, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar(s) of the state(s) of Texas; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Minh-Tam (Tammy) Tran |
| Firm Name: | Tammy Tran Attorneys At Law, LLP |
| Address: | 4900 Fournace Place |
| City/State/Zip: | Bellaire, Texas 77401 |
| Telephone: | 832-372-4403 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for IMS FUND LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/17/24

JUDGE JOHN G. KOELTL
United States District