# EXHIBIT B

Eric Thompson, (619) 947-5616, Hesperia, CA — Public Records Instantly    6/18/24, 10:25 AM

 **ClustrMaps**           Search a name or address

# Eric Thompson
Hesperia, CA

**VIEW PUBLIC RECORD RESULTS✓**

High school graduate
Education

Addresses



Leaflet | © OpenStreetMap contributors

| Marker | Address | Rent  |
|---|---|---|
| A | `Current address` [11484 5th Ave, Hesperia, CA 92345](#) | $1,290 |
| B | [8989 Well Rd, Hesperia, CA 92344](#) | $1,780 |

## Search More About This Person
*Ads by BeenVerified*

- Associated Address
- Quick Facts
- Phone Numbers
- Associated Mails
- Other Residents
- Reverse Phone Search
- Data Visualization
- Persons With the Same Name
- FAQ (Frequently Asked Question)
- Alter Names
- Alter Surnames
- Search Tips
- ZIP Rent Values
- Neighbors
- Age Distribution
- Report Policy Violation
- US Persons

🔒 Search Background Report


### Personal Information
Full Name, Age, Job and Education Records


### Contact Information
Phone Number, Email and Address History


### Family Data
Relatives, Associates, Neighbors


### Possible Criminal & Traffic Records
Publicly Available Info


### Photos & Social Media
View Social Media Profiles & Photos in One Place


### Possible Owned Assets
Estimated values of property, vehicles, aircraft and watercraft

## Quick Facts

Eric is a high school graduate. 11484 5th Avnue, Hesperia, CA 92345-2005 is the residential address for Eric. We found one company that listed this address in its corporate registration documents — Eric Thompson, Inc. 8989 Well Rd, Hesperia, CA 92344, USA is his old address. He can be reached by phone at (619) 947-5615 (New Cingular Wireless Pcs, LLC), (711) 051-5914 (New Cingular Wireless Pcs, LLC). Various documents link the phone number (760) 947-5615 to different owners — Margie Soon, Bill Thompson, Tammie M Thompson. A list of possible email addresses for Eric includes hondaracingama@aol.com, ondaracingama@aol.com. Zip code 92345 (Hesperia) average rent price for two bedrooms is $1,290 per month. The popularity rank for the name Eric was 197 in the US in 2020, the Social Security Administration's data shows

Ads by BeenVerified

**Background Search: Eric T.**

Search for Criminal & Traffic Records, Bankruptcies, Assets, Associates, & more

[ Search Report ]

## Eric Thompson Phone Numbers

(619) 947-5615  Cellphone by New Cingular Wireless Pcs, LLC
(711) 051-5914
(711) 162-3614
(760) 947-5615  Landline phone by Verizon California, Inc, three persons associated

Ads by BeenVerified

Background Report
Click here to view details

# Eric Thompson Mails

hondaracingama@aol.com
ondaracingama@aol.com

## Persons Associated with Phone (760) 947-5615

**Margie Soon**                Details
Age 62
2426 S Garfield Pl, Ontario

**Bill Thompson**              Details
Age ~87
8989 Well Rd, Hesperia

**Tammie M Thompson**          Details
8989 Well Rd, Hesperia

# Data Visualization

By using tree view and force view visualization techniques, you can discover potential connections between people based on information about their previous addresses

Tree View | Table View | Force view

Karen L Welsh

Terry J Welsh

Eric Thompson       8989 Well Rd



● Bill Thompson

● Tammie M Thompson

## Persons With the Same Name

| Eric Thompson | Details |
| --- | --- |
| Age 58 | |
| 2170 Haven Oak Ct, Abingdon | |

| Eric Thompson | Details |
| --- | --- |
| 453 E 56th St | |

| Eric Thompson | Details |
| --- | --- |
| 827 E 214th St | |

| Eric Thompson | Details |
| --- | --- |
| 16417 E Secretariat Ln | |

| Eric H Thompson | Details |
| --- | --- |
| Age 54 | |
| 433 Atkins Ave | |

| Eric W Thompson | Details |
| --- | --- |
| Age 63 | |
| 12 Toad Ln | |

## FAQ About Eric Thompson

**What is Eric Thompson's education level?**
Eric Thompson is a high school graduate

**What is the most recent address for Eric Thompson?**
Eric lives at 11484 5th Avnue, Hesperia, CA 92345-2005.

**What is the previous address for Eric Thompson?**
Address history for Eric includes 8989 Well Rd, Hesperia, CA 92344, USA.

**What phone number can I use to reach Eric Thompson?**
(619) 947-5215 (New Cingular Wireless Pcs, LLC), (711) 051-5914 (New Cingular Wireless Pcs, LLC) are the phone numbers for Eric.

**What is the email address for Eric Thompson?**
Two email addresses were found in public records and on the web — hondaracingama@aol.com, ondaracingama@aol.com.

_____, _____

# How to Search and Find Eric Thompson

The population of the US is 329,484,123 people (estimated 2020). There are at least 2,355 records for Eric Thompson in our database alone. People with the same last name and sometimes even full name can become a real headache to search — for example, Jennifer Hayes is found in our records 1,361 times.

**Alter Names**

The same person can appear under different names in public records. Quite often, people use short versions of their name (i.e. Curt vs. Curtis), sometimes they use their name's international variations (Robert/Roberto). It is quite rare but still happens that a person can be found being listed under a completely different name.

| Alter Name * | Full Name | Persons Count ? | Share ? |
|---|---|---|---|
| **E** | **E Thompson** | **208** | **30.37%** |
| **Erica** | **Erica Thompson** | **657** | **21.85%** |
| Erik | Erik Thompson | 259 | 8.65% |
| Erick | Erick Thompson | 70 | 8.52% |
| Erika | Erika Thompson | 225 | 3.4% |
| Ericka | Ericka Thompson | 69 | 1.95% |
| James | James Thompson | 10,649 | 1.6% |
| John | John Thompson | 8,765 | 1.5% |
| Erin | Erin Thompson | 811 | 1.43% |
| Rick | Rick Thompson | 705 | 1.11% |

| | | | |
|---|---|---|---|
| Edward | Edward Thompson | 1,816 | 0.99% |
| William | William Thompson | 8,043 | 0.9% |
| David | David Thompson | 7,609 | 0.88% |
| Elizabeth | Elizabeth Thompson | 2,737 | 0.88% |
| Michael | Michael Thompson | 8,975 | 0.85% |
| Erich | Erich Thompson | 13 | 0.84% |

* Other possible variations for this name: Eri.

**Last Name Possible Variations**

Foreign surnames can be transliterated and even translated (e.g. Jordan vs. Jordaan). Sometimes names in public records are misspelled due to silly typos and OCR (Optical Character Recognition) errors. For example, Keath could be listed as Heath. Make sure to check as many variants as possible.

| Alter Last Name | Full Name | Persons Count ? | Share ? |
|---|---|---|---|
| **Thomson** | **Eric Thomson** | **98** | **18.51%** |
| **Thomas** | **Eric Thomas** | **2,141** | **7.48%** |
| Thomason | Eric Thomason | 69 | 6.17% |
| Johnson | Eric Johnson | 9,092 | 3.63% |
| Smith | Eric Smith | 7,631 | 3.46% |
| Thomspon | Eric Thomspon | 5 | 3.35% |
| Thomsen | Eric Thomsen | 61 | 2.79% |

| Tompson | [Eric Tompson](#) | 6 | 2.73% |
|---|---|---|---|
| Thompsom | [Eric Thompsom](#) | 4 | 2.61% |
| Williams | [Eric Williams](#) | 4,500 | 2.38% |
| Jones | [Eric Jones](#) | 4,172 | 2.21% |
| Brown | [Eric Brown](#) | 4,680 | 2.05% |
| Davis | [Eric Davis](#) | 2,933 | 1.67% |
| Miller | [Eric Miller](#) | 4,306 | 1.39% |
| Wilson | [Eric Wilson](#) | 2,531 | 1.35% |

This surname is found in public records in various versions, some of which are Hompson, Lthompson, Athompson, Jthompson, Mthompson, Dthompson, Thompso, Ethompson, Thompsonjr, Rthompson

**Check County Records**
Counties publish data that may contain information about people. Make sure to check San Bernardino county records

**Check Facebook**
Eric Thompson can be found on facebook https://www.facebook.com/search/top/?q=Eric+Thompson&epa=SEARCH_BOX. If this link does not work for you, you can also use FB directory https://www.facebook.com/directory/people/. Note, Facebook may ask you to prove you're not a bot - just solve CAPTCHA.

**LinkedIn**
Use this link https://www.linkedin.com/search/results/people/?keywords=Eric+Thompson to search employment history

**Check Classmate**
You can find school friends by browsing Classmates.com yearbooks
https://www.classmates.com/siteui/search/results?q=Eric+Thompson&searchType=all

# ZIP Code 92345 Rent Values

Eric lives in the 92345. HUD (U.S. Department of Housing and Urban Development) has the following fair market rent values (sep 2022):

| Year | 0 Bedrooms | 1 Bedroom | 2 Bedrooms | 3 Bedrooms | 4 Bedrooms |
| --- | --- | --- | --- | --- | --- |
| 2023 | $1,080 | $1,180 | $1,480 | $2,010 | $2,470 |
| 2022 | $910 | $1,030 | $1,290 | $1,760 | $2,170 |
| 2021 | $820 | $950 | $1,190 | $1,640 | $2,030 |
| 2020 | $770 | $910 | $1,140 | $1,580 | $1,960 |
| 2019 | $740 | $880 | $1,100 | $1,530 | $1,900 |
| 2018 | $720 | $860 | $1,080 | $1,510 | $1,860 |
| 2017 | $660 | $780 | $980 | $1,380 | $1,700 |
| 2016 | $660 | $790 | $990 | $1,400 | $1,710 |
| 2015 | $670 | $770 | $980 | $1,380 | $1,690 |
| 2014 | $660 | $760 | $960 | $1,360 | $1,650 |
| 2013 | $660 | $760 | $960 | $1,360 | $1,650 |
| 2012 | $740 | $810 | $960 | $1,350 | $1,580 |

# Neighbors

**11508 5th Ave**
Edward O Henry, Nichole O Henry, Elizabeth R Jensen, Anna Vasquez

**11524 5th Ave**
Armando R Enriquez, Elsa Enriquez, Roxanne Enriquez, Rod Hidalgo, Juan Navarro

**11456 5th Ave**
Alvaro A Arellano castro

ads by BeenVerified

 Search Eric Thompson's public records online. Run a background search to uncover their phone number, address, social photos, emails and more. View Details

**11536 5th Ave**
Kerry L Brittain, Robin A Brittain

**11446 5th Ave**
Esther Duran

**11540 5th Ave**
Virginia Pompa, Virginia Ponpa, Sal Sanchex, Sabrina Sanchez, Salvador R Sanchez, Heather Tupuola

**11436 5th Ave**
Angelika A Camarena, Jesse M Camarena

**11481 7th Ave**
Arcelia Ramirez, Cristina Ron, Mariela Ron, Moises Ron

**11501 7th Ave**
Imad Z Musharbash, Nabeela Musharbash, Zaki I Musharbash, Rozanne Y Salamanca

**11572 5th Ave**
Rober Mcdonald

# Neighbors' Age Distribution

Information on the Modal age groups of Thompson's neighbors (we've analysed 500 households nearest to the Thompson's current address)



|  |  |
|---|---|
| 18-25 years | 0.6% |
| 25-35 years | 9.3% |
| 35-45 years | 13.2% |
| 45-65 years | 45.8% |
| 65-90 years | 30.8% |

47.6%

52.4%

45-65 YEARS
Main Age Group
45.8%

Home / US Persons / T / Eric Thompson (2355 persons) / California / Hesperia

Last updated on April 12, 2024 at 9:16 PM (PST)

## ClustrMaps.com

ClustrMaps.com aggregates public records to analyze the US cities, their social demography, and business environment. We cannot guarantee the accuracy, correctness and/or timeliness of the data. Therefore, ClustrMaps.com cannot be used for any purpose covered by the FCRA (Fair Credit Reporting Act).

## About

About
Remove My Info
FAQ
Contacts
Careers
USA
ZIP Codes

## Legal

Privacy Policy
Terms of Service

## Insights

Top Searches
06/18  06/17  06/16
06/15  06/14  06/13
Names by popularity: boys / girls
Names alphabetical: boys / girls

## License

Text on ClustrMaps.com is available under CC BY-NC-SA 3.0 license unless otherwise specified. All mentioned corporate names and trademarks are the property of their respective owners. Ver. 3.01.00vd4930

US Persons -  A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

© ClustrMaps.com