UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICA CARDENAS,

              Plaintiff,

    - against -

IMS FUND, LLC,

              Defendant.

24-cv-4041 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **July 2, 2024** at **2:30 p.m.** The time to respond to the Complaint is stayed until a time to be determined at the conference.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            June 18, 2024

                                          John G. Koeltl
                                 United States District Judge