UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICA CARDENAS,

               Plaintiff,

    - against -

IMS FUND LLC,

               Defendant.

24-cv-4041 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file an amended complaint is **July 19, 2024**. The time for the defendant to move or answer with respect to the amended complaint is **August 2, 2024**. The plaintiff may respond to any motion by the defendant by **August 23, 2024**. The time to reply is **September 6, 2024**.

SO ORDERED.

Dated:   New York, New York
           July 2, 2024

                                                 /s/ John G. Koeltl
                                               John G. Koeltl
                                       United States District Judge