# EXHIBIT B

# Table of Contents

| | |
|---|---:|
| Report Section Summary | 2 |
| User Search Terms | 2 |
| Subject | 2 |
| Possible Addresses Associated with Subject | 3 |
| Phone Numbers Associated with Subject | 4 |
| Licensed Drivers at Subject's Addresses | 4 |
| Criminal Records, Warrants, and Traffic Citations | 5 |
| Businesses Registered at Subject's Addresses | 8 |
| Lawsuit Records | 9 |
| UCC Filings | 10 |
| Property Owners of Subject's Addresses | 11 |
| Relatives | 14 |
| Associates | 26 |
| Neighbor Listings for Subject's Address | 51 |
| Permissible Purpose | 63 |
| Disclaimer | 64 |
| Report section(s) with no matches | 64 |

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

## Report Section Summary

- User Search Terms (1)
- Subject (1)
- Possible Addresses Associated with Subject (16)
- Phone Numbers Associated with Subject (1)
- Licensed Drivers at Subject's Addresses (3)
- Criminal Records, Warrants, and Traffic Citations (5)
- Businesses Registered at Subject's Addresses (4)
- Lawsuit Records (2)
- UCC Filings (2)
- Property Owners of Subject's Addresses (3)
- Relatives (7)
- Associates (22)
- Neighbor Listings for Subject's Address (3)
- Permissible Purpose (1)
- Disclaimer (1)
- Report section(s) with no matches (37)

## User Search Terms

**Phone:** (619) 947-5615

## Subject

**BLAIR, ERICA A**

| | | | |
|---|---|---|---|
| **SSN:** | ■■-■-XXXX - issued in CA in 1987 | **DOB (Age):** | ■/XX/■■■ (43) |
| **Gender:** | FEMALE | **Entity Id:** | P16304082876 |
| **Drivers License:** | NO | | |
| **Marriage(s):** | YES | **Divorce(s):** | NO |
| **Professional License(s):** | NO | **Recreational License(s):** | NO |
| **Spouse Name:** | CARLOS MARK | | |

**AKAs**

| Name | Source |
|---|---|
| CARDENAS, ERICA ANNE (■■-■-XXXX; DOB: ■/XX/■■■) | Equifax |
| CARDENAS, ERICA ANNE | Equifax, Experian |
| BLAIR, ERIKA | Equifax |
| BLAIR, ERICA | TransUnion, New Movers, Experian |
| BLAIR, ERICA (■■-■-XXXX; DOB: ■/XX/■■) | Experian |
| CARDENAS, ERICA | Experian, Household Listing |

*Page 2 of 64*
*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

| | |
|---|---|
| CARDENAS, ERICA A | Experian |
| BLAIR, ERICA ANN | Lawsuits |
| BLAIR, ERICA ANNE (DOB: ▮▮▮▮) | Warrant, Criminal & Court |
| BLAIR, ERICA (DOB: ▮▮/▮▮) | Household Listing |
| CARDENAS, ERIK ALBERTO (DOB: ▮▮▮▮) | Criminal & Court |

## Possible Addresses Associated with Subject

| ADDRESS | SOURCE(S) | REPORTED DATE(S) |
|---|---|---|
| 840 3RD AVE APT 4<br>CHULA VISTA, CA 91911<br>SAN DIEGO COUNTY<br>Phone: (619) 947-5615 | Equifax<br>Phone Record<br>TransUnion<br>Experian<br>Household Listing | 04/01/2014 - 03/31/2024<br>08/01/2021 - 08/01/2021<br>10/01/2012 - 04/30/2020<br>10/18/2014 - 06/23/2018<br>01/01/2014 - 08/31/2017 |
| 40 CENTER ST<br>CHULA VISTA, CA 91910<br>SAN DIEGO COUNTY | Experian<br>Household Listing<br>TransUnion<br>Equifax<br>Phone Record | 09/18/2020 - 01/25/2024<br>01/01/2020 - 06/30/2023<br>04/01/2021 - 04/01/2021<br>09/01/2020 - 09/30/2020<br>08/01/2020 - 08/01/2020 |
| 2895 N SIERRA WAY<br>SAN BERNARDINO, CA 92405-3555<br>SAN BERNARDINO COUNTY | Experian | 07/19/2017 - 07/19/2017 |
| 840 MIRD AVE<br>CHULA VISTA, CA 91911<br>SAN DIEGO COUNTY | Experian | 05/09/2015 - 05/09/2015 |
| 2938 APRICOT LN<br>SPRING VALLEY, CA 91977-2701<br>SAN DIEGO COUNTY | Experian | 07/26/2014 - 07/26/2014 |
| 267 H ST APT E<br>CHULA VISTA, CA 91910-4728<br>SAN DIEGO COUNTY | Experian | 04/01/2014 - 04/02/2014 |
| 771 MY WAY<br>SAN DIEGO, CA 92154-1427<br>SAN DIEGO COUNTY | Experian | 03/22/2014 - 03/23/2014 |
| 840 3RD AVE APT 49<br>CHULA VISTA, CA 91911-1345<br>SAN DIEGO COUNTY | New Movers<br>TransUnion | 02/23/2013 - 02/23/2013<br>10/01/2012 - 10/01/2012 |

| Address | Source | Date Range |
|---|---|---|
| 840 3RD AVE APT 89<br>CHULA VISTA, CA 91911-1393<br>SAN DIEGO COUNTY | TransUnion<br>Household Listing | 12/01/2012 - 12/01/2012<br>01/01/2012 - 11/30/2012 |
| 1082 PASEO ENTRADA<br>CHULA VISTA, CA 91910-6723<br>SAN DIEGO COUNTY | TransUnion<br>Experian<br>Equifax<br>Address Compilation | 10/01/2012 - 11/07/2012<br>08/07/2000 - 08/18/2008<br>06/01/2000 - 06/30/2000<br>Not Available |
| 1244 DENNERY RD APT 212<br>SAN DIEGO, CA 92154<br>SAN DIEGO COUNTY | Equifax<br>Experian<br>Address Compilation | 12/01/2006 - 12/31/2006<br>12/20/2006 - 12/20/2006<br>Not Available |
| 1002 PASEO ENTRADA<br>CHULA VISTA, CA 91910-6723<br>SAN DIEGO COUNTY | TransUnion | 10/01/2000 - 01/23/2003 |
| 1400 E 6TH ST<br>NATIONAL CITY, CA 91950-2621<br>SAN DIEGO COUNTY | Experian | 05/06/2002 - 05/06/2002 |
| 1249 5TH AVE<br>CHULA VISTA, CA 91911<br>SAN DIEGO COUNTY | Equifax<br>Experian | 04/01/2001 - 04/30/2001<br>04/23/2001 - 04/23/2001 |
| 1082 PASEO DE ENTRADA<br>CHULA VISTA, CA 91910<br>SAN DIEGO COUNTY | Bank Account Header Records | 06/01/2000 - 06/01/2000 |
| CHULA VISTA, CA 91910 | Warrant<br>Phone Record | Not Available<br>Not Available |

## Phone Numbers Associated with Subject

| PHONE NUMBER | SOURCE |
|---|---|
| (619) 947-5615 | Phone Record |

## Licensed Drivers at Subject's Addresses

**840 3RD AVE APT 4 CHULA VISTA CA 91911 SAN DIEGO COUNTY**

| | | | |
|---|---|---|---|
| **Name:** | HOLTER, MARLENE M | | |
| **DL Number:** | ▇▇▇▇▇ | | |
| **Issue State:** | CA | **Last Reported:** | 11/13/1998 |
| **Name:** | CARDENAS, MARK | | |
| **DOB:** | ▇/XX/▇ | | |
| **DL Number:** | ▇▇▇▇▇ | | |
| **Issue State:** | CA | **Last Reported:** | 11/27/2015 |

**40 CENTER ST CHULA VISTA CA 91910 SAN DIEGO COUNTY**

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

| | | | |
|---|---|---|---|
| Name: | MERRITT, DANA L | | |
| DOB: | ■/XX/■ | | |
| DL Number: | ■■■■ | | |
| Issue State: | CA | Last Reported: | 03/20/2003 |
| Name: | CERVANTES, ARAIZ FLORES | | |
| DOB: | ■/XX/■ | | |
| DL Number: | ■■■■ | | |
| Issue State: | CA | Last Reported: | 08/26/2020 |
| Name: | ROBLES, CARLOS | | |
| DOB: | ■/XX/■ | | |
| DL Number: | ■■■■ | | |
| Issue State: | CA | Last Reported: | 04/01/2022 |

**2895 N SIERRA WAY SAN BERNARDINO CA 92405 SAN BERNARDINO COUNTY**

| | | | |
|---|---|---|---|
| Name: | LOPEZ, MOSES | | |
| DL Number: | ■■■■ | | |
| Issue State: | CA | Last Reported: | 04/13/2010 |
| Name: | LARSON, JOAN E | | |
| DOB: | ■/XX/■ | | |
| DL Number: | ■■■■ | | |
| Issue State: | CA | Last Reported: | 11/16/2012 |
| Name: | ANDALAM, SATISH KUMAR | | |
| DOB: | ■/XX/■ | | |
| DL Number: | ■■-■■-■XXX | | |
| Issue State: | AZ | Last Reported: | 08/17/2018 |

## Criminal Records, Warrants, and Traffic Citations

| NAME: | ERICA ANNE BLAIR | | |
|---|---|---|---|
| DOB: | ■/XX/■ | Gender: | F |
| Race: | WHITE | | |
| Height/Weight: | 5'8" | | |
| Hair | BROWN | Eye Color: | BROWN |
| Address: | CHULA VISTA, CA | | |
| Source State: | CA | | |

### OFFENSE 1

**ARREST & BAIL INFORMATION**

| | |
|---|---|
| Offender Sequence Number: | 1 |
| Warrant Description: | ARREST |
| Warrant Issue Date: | 02/25/2010 |
| Initial Charges: | NOT SPECIFIED |
| Bail Amount: | $10,000.00 |

**COURT & TRIAL INFORMATION**

| | |
|---|---|
| **Offender Sequence Number:** | 1 |
| **Case Number:** | S235989DV-000 |
| **Case Type:** | WARRANT |
| **Initial Criminal Offense:** | NOT SPECIFIED |
| **Class/Severity of Crime:** | MISDEMEANOR |
| **County Jurisdiction:** | SAN DIEGO |

### OFFENSE 2

**ARREST & BAIL INFORMATION**

| | |
|---|---|
| **Offender Sequence Number:** | 2 |
| **Warrant Description:** | BENCH |
| **Warrant Issue Date:** | 03/18/2010 |
| **Initial Charges:** | NOT SPECIFIED |
| **Bail Amount:** | $15,000.00 |

**COURT & TRIAL INFORMATION**

| | |
|---|---|
| **Offender Sequence Number:** | 2 |
| **Case Number:** | S235989DV-001 |
| **Case Type:** | WARRANT |
| **Initial Criminal Offense:** | NOT SPECIFIED |
| **Class/Severity of Crime:** | MISDEMEANOR |
| **County Jurisdiction:** | SAN DIEGO |

| | |
|---|---|
| **NAME:** | ERICA ANNE BLAIR |
| **DOB:** | ■/XX/■ |
| **Source State:** | CA |

### OFFENSE 1

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 1 | | |
| **Case Number:** | CG071093EB | | |
| **Charges Filing Date:** | 12/17/2008 | | |
| **Statute Violated:** | 40616 VC | **Initial Criminal Offense:** | NOT SPECIFIED |
| **County Jurisdiction:** | RIVERSIDE | | |

### OFFENSE 2

**COURT & TRIAL INFORMATION**

| | |
|---|---|
| **Offender Sequence Number:** | 2 |
| **Case Number:** | CG071093EB |
| **Charges Filing Date:** | 12/17/2008 |

| | |
|---|---|
| **Statute Violated:** | 4454A VC |
| **County Jurisdiction:** | RIVERSIDE |

| **Initial Criminal Offense:** | NOT SPECIFIED |
|---|---|

| **NAME:** | **ERICA ANNE BLAIR** |
|---|---|
| **DOB:** | ■/XX/■ |
| **Source State:** | CA |

### OFFENSE 1

**COURT & TRIAL INFORMATION**

| | |
|---|---|
| **Offender Sequence Number:** | 1 |
| **Case Number:** | CG071093EB |
| **Charges Filing Date:** | 12/17/2008 |
| **Case Information:** | DISTRICT: 5 |
| **Initial Criminal Offense:** | NOT SPECIFIED |
| **County Jurisdiction:** | RIVERSIDE |

| **NAME:** | **ERIK ALBERTO CARDENAS** |
|---|---|
| **DOB:** | ■ |
| **Source State:** | CA |

### OFFENSE 1

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 1 | | |
| **Case Number:** | 53920NVEC | | |
| **Charges Filing Date:** | 07/19/2011 | | |
| **Case Category:** | FAILURE TO APPEAR | | |
| **Statute Violated:** | 40508(A) VC | **Initial Criminal Offense:** | NOT SPECIFIED |
| **County Jurisdiction:** | SAN BERNARDINO | | |

### OFFENSE 2

**COURT & TRIAL INFORMATION**

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 2 | | |
| **Case Number:** | 53920NVEC | | |
| **Charges Filing Date:** | 07/19/2011 | | |
| **Case Type:** | INFRACTION | | |
| **Statute Violated:** | I22349(A) VC | **Initial Criminal Offense:** | NOT SPECIFIED |
| **Class/Severity of Crime:** | INFRACTION | | |
| **County Jurisdiction:** | SAN BERNARDINO | | |

| **NAME:** | **ERIK ALBERTO CARDENAS** |
|---|---|

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

| | |
|---|---|
| **DOB:** | ▉ |
| **Source State:** | CA |

## OFFENSE 1

### COURT & TRIAL INFORMATION

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 1 | | |
| **Case Number:** | 53920NVEC | | |
| **Charges Filing Date:** | 07/19/2011 | | |
| **Statute Violated:** | 40508(A) VC | **Initial Criminal Offense:** | NOT SPECIFIED |
| **Class/Severity of Crime:** | NOT SPECIFIED | | |
| **County Jurisdiction:** | SAN BERNARDINO | | |

## OFFENSE 2

### COURT & TRIAL INFORMATION

| | | | |
|---|---|---|---|
| **Offender Sequence Number:** | 2 | | |
| **Case Number:** | 53920NVEC | | |
| **Charges Filing Date:** | 07/19/2011 | | |
| **Statute Violated:** | I22349(A) VC | **Initial Criminal Offense:** | NOT SPECIFIED |
| **Class/Severity of Crime:** | NOT SPECIFIED | | |
| **County Jurisdiction:** | SAN BERNARDINO | | |

### Businesses Registered at Subject's Addresses

#### 40 CENTER ST CHULA VISTA, CA 91910

40 CENTER ST, CHULA VISTA, CA 91910
SAN DIEGO COUNTY

| | | | |
|---|---|---|---|
| **Business Name:** | UBALDO GOMEZ | | |
| **Year Started:** | 2017 | | |
| **Business Address:** | 40 CENTER ST<br>CHULA VISTA, CA 91910 | **Phone:** | (623) 414-1882 |
| **County:** | SAN DIEGO COUNTY | | |
| **Executive Name:** | UBALDO GOMEZ | **Executive Title:** | OWNER |
| **Line of Business:** | COVERED FOOD CROPS FARM | **Industry Group:** | AGRICULTURE, FORESTRY, FISHING |
| **Primary SIC:** | 0182 | **SIC Description:** | FOOD CROPS GROWN UNDER COVER |
| **Primary SIC:** | 0182 0100 | **SIC Description:** | VEGETABLES, GROWN UNDER COVER |
| **Annual Sales:** | $30,994-ESTIMATED | **Annual Sales Revision Date:** | 06/03/2023 |
| **1-Yr-Ago:** | $ NOT AVAILABLE | | |
| **3-Yr-Ago:** | $ NOT AVAILABLE | | |
| **Employees Total:** | 1 | **Employees Here:** | 1-ACTUAL |

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

| | | | |
|---|---|---|---|
| **1-Yr-Ago:** | 1 | | |
| **3-Yr-Ago:** | 1 | | |
| **MSA Code:** | 7320 | **MSA Name:** | SAN DIEGO, CA |
| **Business Is A:** | SINGLE LOCATION SMALL BUSINESS COTTAGE INDUSTRY | **Establishment Is:** | US OWNED |
| **DUNS:** | 08-086-1673 | | |
| **Last Update to Record:** | 06/06/2021 | | |

**40 CENTER ST, CHULA VISTA, CA 91910**
**SAN DIEGO COUNTY**

| | | | |
|---|---|---|---|
| **Business Address:** | 40 CENTER ST<br>CHULA VISTA, CA 91910 | | |
| **County:** | SAN DIEGO COUNTY | | |
| **Line of Business:** | CROPS GRWN UNDR CV | | |
| **Primary SIC:** | 0182 | **SIC Description:** | COVERED FOOD CROPS FARM |
| **Business Is A:** | SINGLE LOCATION PROPRIETORSHIP | **Establishment Is:** | PRIVATELY OWNED |
| **Last Update to Record:** | 06/05/2021 | | |

**40 CENTER ST, CHULA VISTA, CA 91910**
**SAN DIEGO COUNTY**

| | |
|---|---|
| **Business Name:** | UV PRODUCE |
| **Business Address:** | 40 CENTER ST<br>CHULA VISTA, CA 91910 |
| **County:** | SAN DIEGO COUNTY |

**2895 N SIERRA WAY SAN BERNARDINO, CA 92405**

**2895 N SIERRA WAY, SAN BERNARDINO, CA 92405**
**SAN BERNARDINO COUNTY**

| | |
|---|---|
| **Business Name:** | COREY LIV TR |
| **Business Address:** | 2895 N SIERRA WAY<br>SAN BERNARDINO, CA 92405 |
| **County:** | SAN BERNARDINO COUNTY |

## Lawsuit Records

| | | | |
|---|---|---|---|
| CASE NUMBER: | DVS12766 | DATE FILED: | 08/31/2012 |
| PLAINTIFF INFORMATION | | | |
| **Plaintiff Name:** | LEDESMA JOSE | | |

**DEFENDANT INFORMATION**

| | |
|---|---|
| **Defendant Name:** | BLAIR ERICA |
| **Defendant Name:** | BLAIR ERICA ANN |

**COURT & CASE INFORMATION**

| | | | |
|---|---|---|---|
| **Case Number:** | DVS12766 | | |
| **Case Type:** | DOMESTIC VIOLENCE | | |
| **Date Filed:** | 08/31/2012 | **Location Filed:** | SAN DIEGO |
| **State Filed:** | CA | | |
| **Court Location:** | SOUTH BAY | | |
| **Court Name:** | SAN DIEGO COUNTY SUPERIOR COURT | | |

| | | | |
|---|---|---|---|
| **CASE NUMBER:** | DS29596 | **DATE FILED:** | 08/29/2005 |

**PLAINTIFF INFORMATION**

| | |
|---|---|
| **Plaintiff Name:** | BLAIR ERICA A |

**DEFENDANT INFORMATION**

| | |
|---|---|
| **Defendant Name:** | ROBLES CARLOS G |

**COURT & CASE INFORMATION**

| | | | |
|---|---|---|---|
| **Case Number:** | DS29596 | | |
| **Case Type:** | PATERNITY | | |
| **Date Filed:** | 08/29/2005 | **Location Filed:** | SAN DIEGO |
| **State Filed:** | CA | | |
| **Court Location:** | SOUTH BAY | | |
| **Court Name:** | SAN DIEGO COUNTY SUPERIOR COURT | | |

## UCC Filings

**ORIGINAL FILE NUMBER:**

| | | | |
|---|---|---|---|
| **Filing Number:** | 210102404423 | **Full Filing Number:** | 210102404423 |
| **Filing Date:** | 11/15/2021 | | |
| **Filing Time:** | 6:23PM | | |
| **Filing Type:** | CONTINUATION | | |
| **Filing Date of Cross Reference Filing:** | 12/12/2016 | **Cross Reference Filing Number:** | 167560719800 |
| **Filing State:** | CA | | |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION | | |
| **Filing Office Location:** | 1500 - 11TH STREET RM 205<br>SACRAMENTO, CA 95814 | | |
| **Debtor Name:** | CARDENAS, ERICA | | |
| **Debtor Address:** | 40 CENTER STREET<br>CHULA VISTA, CA 91910 | | |
| **Debtor Name:** | GOMEZ, HERNAN | | |
| **Debtor Address:** | 40 CENTER STREET<br>CHULA VISTA, CA 91910 | | |
| **Secured Party Name:** | SOLAR MOSAIC, INC | | |
| **Secured Party Address:** | 1212 BROADWAY STE 300<br>OAKLAND, CA 94612 | | |
| **Secured Party Business DUNS:** | 07-828-1715 | | |

**ORIGINAL FILE NUMBER:**

| | | | |
|---|---|---|---|
| **Filing Number:** | 200014667828 | **Full Filing Number:** | 200014667828 |
| **Filing Date:** | 08/26/2020 | | |
| **Filing Time:** | 11:52AM | | |
| **Filing Type:** | AMENDMENT | | |
| **Filing Date of Cross Reference Filing:** | 12/12/2016 | **Cross Reference Filing Number:** | 167560719800 |
| **Filing State:** | CA | | |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION | | |
| **Filing Office Location:** | 1500 - 11TH STREET RM 205 SACRAMENTO, CA 95814 | | |
| **Debtor Name:** | CARDENAS, ERICA | | |
| **Debtor Address:** | 40 CENTER STREET CHULA VISTA, CA 91910 | | |
| **Debtor Name:** | GOMEZ, HERNAN | | |
| **Debtor Address:** | 40 CENTER STREET CHULA VISTA, CA 91910 | | |
| **Secured Party Name:** | SOLAR MOSAIC, INC | | |
| **Secured Party Address:** | 1212 BROADWAY STE 300 OAKLAND, CA 94612 | | |
| **Secured Party Business DUNS:** | 07-828-1715 | | |

## Property Owners of Subject's Addresses

**40 CENTER ST CHULA VISTA, CA 91910 SAN DIEGO COUNTY**

| | | | |
|---|---|---|---|
| **TAX RECORD:** | **SAN DIEGO** | **TAX YEAR 2023** | |
| **Situs Address:** | 40 CENTER ST CHULA VISTA, CA 91910-3134 | **Mailing Address:** | 40 CENTER ST CHULA VISTA, CA 91910-3134 |
| **Owner:** | CARDENAS MARK | **Co-Owner:** | CARDENAS ERICA A |
| **Additional Name:** | CARDENAS MARK | **Absentee Owner:** | OWNER OCCUPIED |
| **Owner Relationship Type:** | HUSBAND/WIFE | | |
| **Owner Ownership Rights code:** | JOINT TENANTS | | |
| **FIPS Code:** | SAN DIEGO | | |
| **FIPS Sub Code:** | 000 | | |
| **FIPS State Code:** | CALIFORNIA | **Subdivision Name:** | CHULA VISTA |
| **APN Sequence Number:** | 1 | **Property Indicator:** | SINGLE FAMILY RESIDENCE |
| **Unformatted APN:** | 5691704300 | **Land Use:** | SINGLE FAMILY RESIDENCE |
| **Formatted APN:** | 569-170-43-00 | **Homestead Exemption:** | HOMEOWNER EXEMPTION |
| **Original APN:** | 5691704300 | **Land Square Footage:** | 9200 |
| **Lot Number:** | 21 | | |
| **Acres:** | 0.2112 | | |
| **Legal Description:** | POR LOT 21 1/4 SEC 124 TR 505 | | |
| **Subdivision Plat Book:** | 569 | | |

| | | | |
|---|---|---|---|
| Subdivision Plat Page: | 17 | | |
| Subdivision Tract Number: | 505 | | |
| Zoning: | R1 | | |
| Calculated Land Value: | $471,107.00 | | |
| Calculated Improvement Value: | $246,767.00 | | |
| Calculated Total Value: | $717,874.00 | | |
| Assessed Land Value: | $471,107.00 | | |
| Assessed Improvement Value: | $246,767.00 | Total Value Calculated Indicator: | ASSESSED |
| Assessed Total Value: | $717,874.00 | | |
| Tax Year: | 2023 | | |
| Tax Amount: | $8,394.02 | | |
| Tax Code Area: | 01000 | | |
| Number of Buildings: | 1 | | |
| Number of Units: | 1 | | |
| Living Square Feet: | 1401 | | |
| Number of Bedrooms: | 3 | | |
| Number of Bathrooms: | 2 | | |
| Full Baths: | 1 | | |
| Garage Type: | TYPE UNKNOWN | | |
| Number of Parking Spaces: | 2 | | |
| Sale Date: | 07/29/2020 | Deed Type: | DEED |
| Seller Name: | GOMEZ HERNAN | Type of Sale: | RESALE |
| Sale Price: | $690,000.00 | Sale Code: | SALE PRICE (FULL) |
| Document Number: | 476736 | | |
| Recording Date: | 08/21/2020 | | |
| Title Company: | TICOR TITLE SAN DIEGO BR | | |
| Mortgage Amount: | $655,500.00 | Lender Name: | POINT MTG CORP |
| Mortgage Loan Type: | CONVENTIONAL | | |
| Mortgage Term: | 30 | | |
| Mortgage Term Length: | YEARS | | |
| Mortgage Deed Type: | DEED OF TRUST | | |
| Document Number: | 438498 | Mortgage Amount: | $372,000.00 |
| Sale Date: | 07/01/2016 | | |
| Sale Price: | $470,000.00 | | |
| Sale Code: | SALE PRICE (FULL) | Recording Date: | 08/24/2016 |
| Deed Type: | DEED OF TRUST | | |
| Type of Sale: | RESALE | | |

| | | | |
|---|---|---|---|
| **DEED TRANSFER:** | **SAN DIEGO County** | 07/29/2020 | |
| Situs Address: | 40 CENTER ST<br>CHULA VISTA, CA 91910-3134 | Mailing Address: | 40 CENTER ST<br>CHULA VISTA, CA 91910-3134 |
| Owner: | CARDENAS MARK | | |
| Owner Rights: | HUSBAND/WIFE | Owner Relationship: | JOINT TENANTS |
| Additional Owner 1: | CARDENAS MARK & ERICA A | | |
| Property Type: | SINGLE FAMILY RESIDENCE | Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 1401 | APN Sequence Number: | 1 |
| Unformatted APN: | 5691704300 | Formatted APN: | 569-170-43-00 |
| Original APN: | | | |

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

|  |  |  |  |
|---|---|---|---|
|  | 5691704300 |  |  |
| FIPS Code: | SAN DIEGO | FIPS State Code: | CALIFORNIA |
| County: | SAN DIEGO |  |  |
| Transaction Date: | 07/29/2020 | Seller Name: | GOMEZ HERNAN |
| Recording Date: | 08/21/2020 | Sale Price: | $690,000.00 |
| Document Number: | 476736 | Type of Transaction: | RESALE |
| Consideration: | SALE PRICE (FULL) |  |  |
| Mortgage Amount: | $655,500.00 | Mortgage Type: | CONVENTIONAL |
| Mortgage Term: | 30 | Mortgage Deed Type: | DEED OF TRUST |
| Mortgage Date: | 08/21/2020 | Mortgage Due Date: | 09/01/2050 |
| Lender Name: | POINT MTG CORP |  |  |
| Construction Type: | SALE IS A RE-SALE | Purchase Payment: | MORTGAGE |
| Title Company: | TICOR TITLE SAN DIEGO BR |  |  |

### 2895 N SIERRA WAY SAN BERNARDINO, CA 92405 SAN BERNARDINO COUNTY

|  |  |  |  |
|---|---|---|---|
| TAX RECORD: | **SAN BERNARDINO** | TAX YEAR 2023 |  |
| Situs Address: | 2895 N SIERRA WAY SAN BERNARDINO, CA 92405-3555 | Mailing Address: | 921 SUNSET HILLS LN REDLANDS, CA 92373-6964 |
| Owner: | COREY | Co-Owner: | COREY |
| Additional Name: | COREY | Absentee Owner: | ABSENTEE (MAIL AND SITUS NOT=) |
| Owner Ownership Rights code: | LIVING TRUST |  |  |
| FIPS Code: | SAN BERNARDINO | Municipality Name: | SAN BERNARDINO |
| FIPS Sub Code: | 000 |  |  |
| FIPS State Code: | CALIFORNIA |  |  |
| APN Sequence Number: | 1 | Property Indicator: | SINGLE FAMILY RESIDENCE |
| Unformatted APN: | 0150053110000 | Land Use: | SINGLE FAMILY RESIDENCE |
| Formatted APN: | 0150-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 |  |  |
| Original APN: | 0150 053 11 0 000 | Land Square Footage: | 5676 |
| Lot Number: | 1 |  |  |
| Acres: | 0.1303 | Block Number: | 2 |
| Legal Description: | TRACT 1871 LOT 1 BLOCK 2 INDEPENDENCE SQUARE |  |  |
| Subdivision Plat Book: | 150 |  |  |
| Subdivision Plat Page: | 53 |  |  |
| Subdivision Tract Number: | 1871 |  |  |
| Front Footage: | 44.0000 |  |  |
| Depth Footage: | 129.000 |  |  |
| Calculated Land Value: | $105,275.00 |  |  |
| Calculated Improvement Value: | $239,203.00 |  |  |
| Calculated Total Value: | $344,478.00 |  |  |
| Assessed Land Value: | $105,275.00 |  |  |
| Assessed Improvement Value: | $239,203.00 | Total Value Calculated Indicator: | ASSESSED |
| Assessed Total Value: | $344,478.00 |  |  |
| Tax Year: | 2023 |  |  |
| Tax Amount: |  |  |  |

The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

- DPPA - 1 - For official use by a Court, Law Enforcement Agency or other Government agency.
- GLB - C - For use by a person holding a legal or beneficial interest relating to the consumer.
- VOTERS - 2 - Use in connection with an election-related purpose.

## Disclaimer

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application. By accessing this product you agree to comply with our General Terms and Conditions and our CLEAR Supplier Additional Terms.

## Report section(s) with no matches

Death Records, Work Affiliations, SSN & Current Address Fraud Alerts, Other SSNs Associated with Subject, Other Records/Names Associated with Subject's SSN, Phone Listings for Subject's Addresses, Canadian White Pages, Email Addresses, Driver's Licenses, Marriage Records, Divorce Records, Professional & Recreational Licenses, Marijuana Related Business Records, Historical Military Records, Political Donors, Voter Registrations, Global Sanctions, Excluded Parties List System, OFAC Infractions, Arrest Records, Business Contact Records, Executive Affiliations, D&B Market Identifier Records, Liens & Judgments, Bankruptcy Records, Docket Records, Corporate Filings, Real Property & Deed Transfers, Waterfront Residency, Real Property Pre-Foreclosure Records, Real-Time Vehicles, Vehicles Registered to Subject, Motor Vehicle Service & Warranty Records, Vehicle Registered at Subject's Addresses, Watercraft, FAA Aircraft Registrations, Unclaimed Assets