# EXHIBIT C

## Table of Contents

| | |
|---|---:|
| Report Section Summary | 2 |
| User Search Terms | 2 |
| Subject | 2 |
| Possible Addresses Associated with Subject | 3 |
| Work Affiliations | 3 |
| Phone Numbers Associated with Subject | 4 |
| Quick Analysis Flags | 4 |
| Phone Listings for Subject's Addresses | 4 |
| Email Addresses | 6 |
| Driver's Licenses | 6 |
| Licensed Drivers at Subject's Addresses | 6 |
| Businesses Registered at Subject's Addresses | 6 |
| Corporate Filings | 8 |
| Real Property & Deed Transfers | 9 |
| Property Owners of Subject's Addresses | 9 |
| Relatives | 11 |
| Associates | 33 |
| Neighbor Listings for Subject's Address | 58 |
| Permissible Purpose | 68 |
| Disclaimer | 68 |
| Report section(s) with no matches | 68 |

## Report Section Summary

- User Search Terms (1)
- Subject (1)
- Possible Addresses Associated with Subject (4)
- Work Affiliations (1)
- Phone Numbers Associated with Subject (1)
- Quick Analysis Flags (1)
- Phone Listings for Subject's Addresses (1)
- Email Addresses (1)
- Driver's Licenses (1)
- Licensed Drivers at Subject's Addresses (1)
- Businesses Registered at Subject's Addresses (6)
- Corporate Filings (1)
- Real Property & Deed Transfers (1)
- Property Owners of Subject's Addresses (2)
- Relatives (10)
- Associates (18)
- Neighbor Listings for Subject's Address (3)
- Permissible Purpose (1)
- Disclaimer (1)
- Report section(s) with no matches (34)

## User Search Terms

| | |
|---|---|
| **Last Name:** | CARDENAS |
| **First Name:** | MARK |
| **Street:** | 40 Center St |
| **Zip Code:** | 91910 |

## Subject

**CARDENAS, MARK**

| | | | |
|---|---|---|---|
| **SSN:** | -XXXX - issued in CA in 1994 | **DOB (Age):** | (31) |
| **Gender:** | MALE | **Entity Id:** | P6016616492 |
| **Drivers License:** | YES (CA; **DL Number:** XXX) | | |
| **Marriage(s):** | YES | **Divorce(s):** | NO |
| **Professional License(s):** | NO | **Recreational License(s):** | NO |
| **Spouse Name:** | ERICA | | |

**AKAs**

| Name | Source |
|---|---|
| CARDENAS, MARK N | TransUnion |

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

**WORK AFFILIATIONS**

| Business | Title | Email |
|---|---|---|
| CEJACAR INC | | |

## Possible Addresses Associated with Subject

| ADDRESS | SOURCE(S) | REPORTED DATE(S) |
|---|---|---|
| 442 PARK HILL AVE<br>YONKERS, NY 10705-2443<br>WESTCHESTER COUNTY<br>Phone: (619) 227-8946<br>Line Type: Cellular<br>Phone: (619) 947-5615<br>Line Type: Cellular | Experian Gateway | 05/22/2024 - 05/22/2024 |
| 40 CENTER ST<br>CHULA VISTA, CA 91910<br>SAN DIEGO COUNTY | Experian<br>Experian Gateway<br>TransUnion<br>Equifax<br>Household Listing<br>Deed | 09/18/2020 - 01/27/2023<br>09/18/2020 - 01/27/2023<br>10/09/2020 - 10/09/2020<br>09/01/2020 - 09/30/2020<br>01/01/2020 - 08/31/2020<br>Not Available |
| 840 3RD AVE APT 4<br>CHULA VISTA, CA 91911-1324<br>SAN DIEGO COUNTY<br>Phone: (619) 271-1386<br>Phone: (619) 253-5246 | TransUnion<br>Experian<br>Experian Gateway<br>Equifax<br>Bank Account Header Records | 12/30/2018 - 12/30/2018<br>11/27/2015 - 01/24/2018<br>11/27/2015 - 01/24/2018<br>04/01/2017 - 04/30/2017<br>11/27/2015 - 11/27/2015 |
| 1947 LEATHERWOOD ST<br>SAN DIEGO, CA 92154-4285<br>SAN DIEGO COUNTY | TransUnion<br>Experian<br>Experian Gateway<br>Bank Account Header Records | 07/01/2016 - 07/01/2016<br>10/18/2011 - 12/15/2015<br>10/18/2011 - 12/15/2015<br>Not Available |

## Work Affiliations

| BUSINESS AFFILIATION: | CEJACAR INC | | |
|---|---|---|---|
| Officer Name:<br>Address: | MARCOS CARDENAS<br>4448 UNIVERSITY AVENUE<br>SUITE A<br>SAN DIEGO, CA 92105 | Title: | CHIEF EXECUTIVE OFFICER |
| Officer Name:<br>Address: | MARCOS CARDENAS<br>4448 UNIVERSITY AVENUE<br>SUITE A<br>SAN DIEGO, CA 92105 | Title: | CHIEF FINANCIAL OFFICER |
| Officer Name:<br>Address: | MARCOS CARDENAS | Title: | DIRECTOR |

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

| | | | |
|---|---|---|---|
| **Officer Name:** | 337 THIRD AVENUE<br>CHULA VISTA, CA 91910<br>MARCOS CARDENAS | **Title:** | SECRETARY |
| **Address:** | 4448 UNIVERSITY AVENUE<br>SUITE A<br>SAN DIEGO, CA 92105 | | |
| **Registered Agent:** | GERMAN CASTILLO | | |
| **Business Affiliations:** | CEJACAR INC | | |
| **Business Address:** | 4448 UNIVERSITY AVENUE<br>SUITE A<br>SAN DIEGO, CA 92105 | | |

## Phone Numbers Associated with Subject

| PHONE NUMBER | SOURCE |
|---|---|
| (619) 947-5615 | Experian Gateway |
| (619) 227-8946 | Experian Gateway |
| (619) 271-1386 | Experian |
| (619) 227-8946 | Bank Account Header Records |
| (619) 253-5246 | Bank Account Header Records |

## Quick Analysis Flags

POSSIBLE QUICK ANALYSIS FLAGS
No   Associate with OFAC, Global Sanction or PEP listing
No   OFAC listing
No   Global Sanctions
YES  Residential Address Used as a Business Address
No   Prison Address on Record
No   P.O. Box listed as Address
No   Bankruptcy
No   Person Associated with Marijuana Related Business
YES  Associate or Relative With a Residential Address Used as a Business Address
No   Associate or Relative with a Prison Address on Record
YES  Associate or Relative with P.O. Box listed as Address
No   Criminal Record
No   Criminal Record - Low Level Traffic Offense
No   Sex Offender Record
No   Criminal Record - Uncategorized
No   Multiple SSNs
YES  SSN Matches multiple individuals
No   Recorded as Deceased
No   Age Younger than SSN Issue Date
No   SSN Format is Invalid
No   SSN is an ITIN
No   Address 1ST Reported <90 Days
No   Telephone Number Inconsistent with Address
No   Arrest Record

## Phone Listings for Subject's Addresses

**1947 LEATHERWOOD ST SAN DIEGO, CA 92154**
**SAN DIEGO COUNTY**

| **Phone Number:** | (619) 690-0745 | **Name:** | CARDENAS, JOSE C<br>GARCIA, NITZA |
|---|---|---|---|

*The data provided to you by the application may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.*

| | | |
|---|---|---|
| HERNANDEZ, DEBORAH | 840 3RD AVE APT 102 | (619) 779-7611 |
| GALINDO, MARJORIE | 840 3RD AVE APT 102 | |
| VALENCIA, JAZMIN | 840 3RD AVE APT 102 | |
| RUIZ ESPARZA, JASMINE | 840 3RD AVE APT 62 | |
| DIBB, KATHLEEN J | 840 THIRD AVE APT 89 | |
| HODGES, CATHY | 840 THIRD AVE APT 89 | |
| FORTHMANN, JILL | 840 THIRD AVE 55 | (619) 742-8964 |

## Permissible Purpose

DPPA - 1 - For official use by a Court, Law Enforcement Agency or other Government agency.
GLB - C - For use by a person holding a legal or beneficial interest relating to the consumer.
VOTERS - 2 - Use in connection with an election-related purpose.

## Disclaimer

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application. By accessing this product you agree to comply with our General Terms and Conditions and our CLEAR Supplier Additional Terms.

## Report section(s) with no matches

Death Records, SSN & Current Address Fraud Alerts, Other SSNs Associated with Subject, Other Records/Names Associated with Subject's SSN, Canadian White Pages, Marriage Records, Divorce Records, Professional & Recreational Licenses, Marijuana Related Business Records, Historical Military Records, Political Donors, Voter Registrations, Global Sanctions, Excluded Parties List System, OFAC Infractions, Criminal Records, Warrants, and Traffic Citations, Arrest Records, Business Contact Records, Executive Affiliations, D&B Market Identifier Records, Liens & Judgments, Bankruptcy Records, Lawsuit Records, Docket Records, UCC Filings, Waterfront Residency, Real Property Pre-Foreclosure Records, Real-Time Vehicles, Vehicles Registered to Subject, Motor Vehicle Service & Warranty Records, Vehicle Registered at Subject's Addresses, Watercraft, FAA Aircraft Registrations, Unclaimed Assets