# EXHIBIT D

THOMSON REUTERS
WESTLAW™

PeopleMap on Westlaw
**Premier Plan**

# PEOPLE MAP PREMIER PLAN

## Get comprehensive access to all the public records content and graphical analysis tools PeopleMap has to offer

The PeopleMap Premier Plan on Westlaw® allows you to easily search for and find the person you are looking for, as well as determine specific relationships between your parties of interest. The plan provides you with access to all of the PeopleMap features, including reports, graphical displays, address maps, Web Analytics, and the ability to search and display full-text public records on Westlaw. This plan can be added to your existing Westlaw Classic, Westlaw Edge, or Westlaw Precision™ subscription.

### Features included in the PeopleMap Premier Plan

- Filtering and relevancy ranking bring the most pertinent results to the top
- Ability to create customizable reports that pull together all records on your subject, and include other valuable features such as risk flags and possible relatives and neighbors
- Full-text searching and document display of both current and historical records, with access to real-time updates

- Enhanced interactive and graphical interface to help you clearly see connections faster
- Address map functionality that provides a view of current and historic addresses
- Web Analytics that bring together a subject's web and social media activity



*The search template gives you the flexibility to search by name, SSN, business information, phone number, or location.*

*Web Analytics brings together a person's public web history, including social media networks, business and corporate data, blogs, and more.*



## PeopleMap Premier Plan

The following content is included in the plan:

### IDENTIFICATION
- Conceal & Carry Weapons Permits
- Credit Header Real Time*
- Driver's License Records* (FL, MI, MN, OH, TN, TX, WI)
- Experian Credit Header*
- Healthcare Licenses
- Healthcare Sanctions
- Historical People Records
- Household Records
- Hunting and Fishing Permit Information
- Marriage Records
- New Movers Records
- Obituary Records
- People Email
- People Finder Records
- Phone Numbers from TransUnion
- Phone Records
- Political Donor Information
- SSA Death Records
- State Death Records
- Voter Registration Information

### ASSETS
- Aircraft Records
- Motor Vehicle Records*
- Real Property Preforeclosure Records
- Real Property Tax Assessor Records
- Real Property Transaction Records
- Real Time Motor Vehicle Records
- Stock Transactions
- State and U.S. Coast Guard Boat Registrations*
- Unclaimed Assets
- Watercraft Records

### ADVERSE FINDINGS
- Arrest Records
- Bankruptcy Records
- Criminal Records
- Divorce Records
- Dockets – State and Federal Courts
- Lawsuit Filings
- Liens and Civil Judgments
- Office of Foreign Assets Control
- Risk Flags
- Uniform Commercial Code Records
- Unlawful Detainers

### BUSINESS/EMPLOYMENT
- Business Finder Records
- Business Profile Records
- Corporate Records and Business Registrations
- D&B® Executive Biography Records
- D&B Market Identifiers
- D&B Worldbase Records
- Executive Affiliation Records
- Executive Profile Records
- Federal Employer Identification Number
- Fictitious Business Name Records
- National Provider Identifier (NPI)
- Professional Licenses
- Work Affiliations

NOTE: Company Investigator searches and reports are not included

### NEIGHBORS, RELATIVES, AND HOUSEHOLD MEMBERS
- Household Records
- Neighbors of Current Address
- Neighbors of Previous Address(es)
- Other Address Associations
- Relative Analysis

### OTHER ASSOCIATIONS
- Business Associations
- People Associations



* Not all regulated content is available to all customers.

Thomson Reuters is not a consumer reporting agency and none of its services or the data contained therein constitute a "consumer report" as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

Some exclusions apply. Contact your representative for plan details.

**Visit legal.tr.com/people-map**



© 2024 Thomson Reuters  TR774739/01-24

**THOMSON REUTERS**
# WESTLAW™



# NATIONAL ANALYTICAL

*National Analytical gives you access to thousands of secondary sources across jurisdictions and practice areas, including key analytical titles, jury instructions, KeyRules, forms, news, and more.*

### American Law Reports (ALR®)
With thousands of attorney-authored articles covering the entire breadth of U.S. law, ALR organizes and evaluates all caselaw relevant to a specific point of law. Articles examine both sides of an issue to help you anticipate the opposition's arguments.

### American Jurisprudence (Am Jur®)
With cases, statutes, and regulations from all 50 states and federal courts researched and analyzed, you'll be able to use this resource to quickly find authoritative answers to any aspect of civil, criminal, substantive, and procedural law. Access the full suite of Am Jur resources, including popular titles such as Am Jur 2d, Am Jur Trials, Am Jur Proof of Facts, and Am Jur Forms.

### Corpus Juris Secundum® (C.J.S.®)
This comprehensive legal encyclopedia contains over 400 topics that are cited and quoted as authority in courtrooms across the country. In each article, the broad principles of the law are explained and developed in concert with the way they must be applied by the lawyer and the courts.

### Restatements
A chronological perspective of your specific points of law, Restatements are accepted in many courts as persuasive authority. With discussion by nationally known scholars, you'll know exactly what the current status of the law is and where it is likely to go in the future.

### Causes of Action
Determine if a case will hold up in court with materials to help you analyze and prove elements of a claim, determine your client's damages and remedies, formulate arguments and trial strategies, and more.

### Wright & Miller Federal Practice and Procedure®
Comprehensive and authoritative coverage of all aspects of federal civil, criminal, and appellate procedure, including rules of civil, criminal, and appellate procedure, rules of evidence, the federal judicial system, jurisdiction of all federal courts, venue, removal of cases, res judicata, relation of state and federal courts, multidistrict litigation, and more.

### All state, national, and federal analytical content, including
Texts and Treatises
Practice Series
Encyclopedias and Jurisprudence
KeyRules
Jury Instructions
Forms and Form Finder
CLE Materials

### All topical analytical content covering 18 practice areas
Admiralty and Maritime
Antitrust
Bankruptcy
Business & Commercial
Criminal Law
Energy & Environmental
Estate Planning & Tax
Family Law
Federal
Health Law & Disability Plus Medical Malpractice
Immigration
Insurance & Compliance
Intellectual Property & Technology
Labor & Employment
Litigation & Arbitration
Municipal
Real Estate & Construction
Securities & Finance

*Continued.*



NATIONAL ANALYTICAL

## Westlaw® Today

Powered by Reuters®, Westlaw Today provides timely and comprehensive news and exclusive analysis so you can know what happened and why it matters. By bringing together best-in-class legal content and award-winning journalism, you can confidently keep up with the latest developments and reinforce your value to clients.

## Journals and Law Reviews

All National and State Journals and Law Reviews on Westlaw

## News

All U.S. and International News on Westlaw

### Visit WestlawEdge.com

Contact your sales representative today to upgrade or determine which plan is right for you.



© 2021 Thomson Reuters   S048941/02-21   Content subject to change.