# EXHIBIT E

# CEJACAR INC (5793136)





Request Certificate

| | |
|---|---|
| Initial Filing Date | 06/26/2023 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 4448 UNIVERSITY AVENUE SUITE A<br>SAN DIEGO, CA 92105 |
| Mailing Address | 4448 UNIVERSITY AVENUE SUITE A<br>SAN DIEGO,CA92105 |
| Statement of Info Due Date | **06/30/2024** |
| Agent | Individual<br>German Castillo<br>337 3RD AVE |

7/11/24, 1:15 PM    Case 1:24-cv-04041-JGK-GWG    Document 21-5    Filed 07/12/24    Page 3 of 6
Search | California Secretary of State



https://bizfileonline.sos.ca.gov/search/business



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION**
**CA GENERAL STOCK CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**
**-FILED-**
File No.: 5793136
Date Filed: 6/26/2023

| Corporation Name | |
|---|---|
| Corporation Name | CEJACAR INC |
| **Initial Street Address of Principal Office of Corporation** | |
| Principal Address | 337 THIRD AVENUE<br>CHULA VISTA, CA 91910 |
| **Initial Mailing Address of Corporation** | |
| Mailing Address | 337 3RD AVE<br>CHULA VISTA, CA 91910 |
| Attention | German Castillo |
| **Agent for Service of Process** | |
| Agent Name | German Castillo |
| Agent Address | 337 3RD AVE<br>CHULA VISTA, CA 91910 |

**Shares**
The total number of shares the corporation is authorized to issue is: 100
Does the corporation have more than one class or series of shares? No

**Purpose Statement**
The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**
☒ By checking this box, I acknowledge that I am electronically signing this document as the incorporator of the Corporation and that all information is true and correct.

*GERMAN CASTILLO*                           *06/26/2023*
Incorporator Signature                       Date



# STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231353954
Date Filed: 8/29/2023

| Entity Details | |
|---|---|
| Corporation Name | CEJACAR INC |
| Entity No. | 5793136 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 4448 UNIVERSITY AVENUE SUITE A SAN DIEGO, CA 92105 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 4448 UNIVERSITY AVENUE SUITE A SAN DIEGO, CA 92105 |
| Attention | MARCOS CARDENAS |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| MARCOS CARDENAS | 4448 UNIVERSITY AVENUE SUITE A SAN DIEGO, CA 92105 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| MARCOS CARDENAS | 337 THIRD AVENUE CHULA VISTA, CA 91910 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | GERMAN CASTILLO |
| Agent Address | 337 3RD AVE CHULA VISTA, CA 91910 |

| Type of Business | |
|---|---|
| Type of Business | FULL SERVICE RESTAURANT |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*GERMAN CASTILLO*  *08/29/2023*
Signature            Date

B2071-9735 08/29/2023 5:45 PM Received by California Secretary of State