UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Cardenas, <br><br>      Plaintiff, <br><br> v. <br><br> IMS FUND LLC, <br><br>      Defendant. | Case No.: 1:24-cv-04041-JGK-GWG |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, IMS Fund, LLC ("Defendant") hereby submits its corporate disclosure statement and states as follows:

1. Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1.1, Defendant states that Brand Messengers, Inc. owns 80% of the Defendant and Michael Pennartz owns 20% of the Defendant.

                                                Respectfully submitted,

                                                IMS FUND, INC
                                                By its counsel,

Dated: August 22, 2024           */s/ Andrew M. Schneiderman*
                                                Andrew M. Schneiderman, *PHV Counsel*
                                                Jeffrey Rosin, Esq. #3026952
                                                O'HAGAN MEYER, PLLC
                                                111 Huntington Avenue, Suite 719
                                                Boston, Massachusetts 02199
                                                Telephone:    (617) 843-6800
                                                Facsimile:    (617) 843-6810
                                                aschneiderman@ohaganmeyer.com

**2 |** P a g e

## CERTIFICATE OF SERVICE

      I, Andrew M. Schneiderman, hereby certify that on this 22nd day of August, 2024, I caused the foregoing *Corporate Disclosure Statement* to be served upon all counsel via the Court's ECF Filing System.

                                         */s/ Andrew M. Schneiderman*
                                         Andrew M. Schneiderman, Esq.