

237 South Dixie Highway, 4th Floor ■ Coral Gables, Florida 33133
kaufman@kaufmanpa.com ■ (305) 469-5881 ■ www.KaufmanPA.com

<u>*Via ECF*</u>
August 27, 2024

Honorable Gabriel W. Gorenstein
U.S. Magistrate Judge, Southern District of New York
500 Pearl Street
Manhattan, New York, NY 10007

      Re: *Erica Cardenas v. IMS Fund LLC*
          Case No. 1:24-cv-04041-JGK
          Plaintiff's Unopposed Request for Adjournment

Dear Judge Gorenstein:

    We represent Plaintiff Cardenas in the above referenced action. Plaintiff respectfully requests a brief adjournment of the initial case management conference scheduled in this action on September 5, 2024.

    The undersigned counsel has a conflicting previously scheduled federal court hearing on September 5, 2024, and, accordingly, seeks a brief continuance of the case management conference.

    Defendant does not oppose Plaintiff's request. After reaching out to the Court's Deputy Clerk, Plaintiff's counsel has confirmed that the parties are both available for an initial case management conference on September 12, 2024.

    Plaintiff's counsel respectfully requests that the hearing be continued to September 12, 2024.

                                      Respectfully submitted,

                                      *s/ Avi R. Kaufman*

                                      AVI R. KAUFMAN, ESQ.