UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERICA CARDENAS,

                Plaintiff(s)

                24 civ 4041 (JGK)

    -against-

IMS FUND, LLC,

                Defendant(s).
---------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, September 26, 2024, at 3:30pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 18, 2024