UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERICA CARDENAS, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

IMS FUND, LLC,

        Defendant,

---

Civil Action No.: 24-cv-04041

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record. I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant IMS FUND, LLC.

Dated:    Elmhurst, New York
             October 9, 2024

                                                BY: Clifford B. Olshaker, Esq.
                                         NYS Attorney Registration No. 2971067
                                                  *Attorney for Defendant*
                                                         *IMS FUND LLC.*
                                          47-40 75th Street, Third Floor
                                                    Elmhurst, NY 11373
                                                          (718) 429-2505
                                                    Facsimile (718) 429-2096
                                                  cliffordolshaker@yahoo.com