UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Cardenas, | ) |
| Plaintiff, | ) Case No.: 1:24-cv-04041-JGK |
| v. | ) |
| IMS Fund, LLC | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Andrew Schneiderman as counsel for Defendants IMS Fund, LLC.

**DATED**: October 10, 2024

Respectfully submitted,

DEFENDANT IMS FUND, LLC
By Their Counsel,

BY: */s/ Andrew Schneiderman*
Andrew M. Schneiderman, Esq.
O'HAGAN MEYER, PLLC
140 Kendrick Street, Bldg. C
Needham, MA 02494
Telephone: 617-843-6800
Email: aschneiderman@ohaganmeyer.com

#5177026v1

## CERTIFICATE OF SERVICE

    I, Andrew Schneiderman, hereby certify that on this 10th day of October 2024, I served the attached *Notice of Withdrawal* upon all counsel of record via CM/ECF.

                                              */s/ Andrew Schneiderman*
                                              Andrew Schneiderman, Esq.

#5177026v1