UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS,**<br>　　*Plaintiff,*<br>v.<br><br>**IMS FUND LLC,**<br>　　*Defendant.* | Case No. 1:24-cv-4041<br><br>**NOTICE OF WITHDRAWAL** |

　　Please withdraw Minh-Tam (Tammy) Tran as counsel for Defendant IMS Fund, LLC.

DATED: October 10, 2024

Respectfully submitted,

By: */s/ Minh-Tam Tran*

Minh-Tam (Tammy) Tran
THE TAMMY TRAN LAW FIRM
Texas Bar No. 20186400
4900 Fournace Place, Suite 418
Bellaire, Texas 77401
Telephone: (713) 372-4403
Email: ttran@tt-lawfirm.com
www.tammytranlaw.net
*CO-COUNSEL FOR DEFENDANT*

2

## **CERTIFICATE OF SERVICE**

      I, Minh-Tam Tran, hereby certify that on this 10th day of October 2024, I caused the foregoing Notice of Withdrawal to be served via the Court's ECF Filing System and through that system, it will be served upon registered counsel by CM/ECF.

                                                                                       */s/     Minh-Tam Tran*
                                                                                     Minh-Tam Tran