UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                         :

ERICA CARDENAS,

                                                        :       <u>ORDER</u>

                Plaintiff,                              24 Civ. 4041 (JGK) (GWG)

                                                        :

        -v.-

                                                        :

IMS FUND LLC,

                                                        :

                Defendant.                            :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      Both fact and expert discovery has closed in this matter. Additionally, no party has filed a request for permission to make a summary judgment motion by the Court-ordered deadline. See Docket # 40, ¶ 3.f.

      Accordingly, this case is ready for trial. The parties shall file the pre-trial materials required by Section V. of Judge Koeltl's Individual Practices on or before June 23, 2025.

      SO ORDERED.

Dated:  June 2, 2025
          New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge