UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Erica Cardenas, | ) |
| Plaintiff, | ) Case No.: 1:24-cv-04041-JGK |
| v. | ) |
| IMS Fund, LLC | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Jeffrey M. Rosin as counsel for Defendants IMS Fund, LLC. As Attorney Olshaker remains counsel for defendant on this matter, and the undersigned has had no involvement in this matter since Attorney Olshaker's appearance, Defendant will not be prejudiced by this withdrawal, and these proceedings will not be interrupted by this withdrawal.

Respectfully submitted,

DEFENDANT IMS FUND, LLC
By Their Counsel,

**DATED**: June 2, 2025

BY: /s/ Jeffrey M. Rosin
Jeffrey M. Rosin, Esq.
O'HAGAN MEYER, PLLC
140 Kendrick Street, Bldg. C
Needham, MA 02494
Telephone: 617-843-6800
Email: jrosin@ohaganmeyer.com

**SO ORDERED:**

/s/ John G. Koeltl
U.S.D.J.
6/24/25

#5177026v1

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify that on this 2nd day of June 2025, I served the attached *Notice of Withdrawal* upon all counsel of record via CM/ECF.

/s/ *Jeffrey M. Rosin*
Jeffrey M. Rosin

#5177026v1