UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS,** | No. 1:24-cv-04041-JGK-GWG |
| *Plaintiff,* | **CLASS ACTION** |
| v. | |
| **IMS FUND LLC,** | |
| *Defendant.* | |

## NOTICE OF SETTLEMENT

Plaintiff Cadenas hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

DATED this 23rd day of June, 2025.

Respectfully submitted,

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman (*Pro Hac Vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

*Attorney for Plaintiff and the putative Class*

*[Handwritten annotation:] This case is stayed until July 24, 2025. So ordered. [signature] 6/24/25 SO-J.*