UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS,** | No. 1:24-cv-04041-JGK-GWG |
| *Plaintiff,* | **CLASS ACTION** |
| v. | |
| **IMS FUND LLC,** | |
| *Defendant.* | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cardenas and Defendant IMS Fund LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

DATED this 14th day of July, 2025.

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (*Pro Hac Vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

*Attorney for Plaintiff and the putative Class*

[Handwritten annotation: "THE CLERK IS DIRECTED TO CLOSE THIS CASE. SO ORDERED. /s/ JGK USDJ 7/16/25"]

[Handwritten annotation: "The Clerk is directed to close this case. So ordered. /s/ JGK USDJ 7/16/25"]

1

*/s/ Clifford B. Olshaker*
Clifford B. Olshaker, Esq.
NYS Attorney Registration No. 2971067
47-40 75th Street Third Floor
Elmhurst, NY 113 73
(718) 429-2505
Facsimile (718) 429-2096
cliffordolshaker@yahoo.com

Attorney for Defendant
IMS FUND LLC.